**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: GEORGE MOORE v AJT        Case Number: 1:19-cv-07707
DIABETIC INC., ROBIN SOBLICK and
DOES 1-10

An appearance is hereby filed by the undersigned as attorney for:
AJT DIABETIC INC., ROBIN SOBLICK

Attorney name (type or print):  PETER C. MORSE

Firm:    MORSE BOLDUC & NARDULLI, LLC

Street address:     25 E WASHINGTON, SUITE 750

City/State/Zip:    CHICAGO, IL 60602

Bar ID Number:  6181070                    Telephone Number:    312-251-5587
(See item 3  in instructions)

Email Address: pmorse@morseandbolduc.com

Are you acting as lead counsel in this case?              ☒ Yes      ☐ No

Are you acting as local counsel in this case?             ☐ Yes      ☐ No

Are you a member of the court's trial bar?                ☒ Yes      ☐ No

If this case reaches trial, will you act as the trial attorney?    ☒ Yes      ☐ No

If this is a criminal case, check your status.        ☐    Retained Counsel

                                                      ☐    Appointed Counsel
                                                           If appointed counsel, are you a

                                                           ☐ Federal Defender

                                                           ☐ CJA Panel Attorney
_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's
general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14.
I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this
statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on January 22, 2020

Attorney signature:    S/ Peter C. Morse _____
                       (Use electronic signature if the appearance form is filed electronically.)

                                                                    Revised  8/1/2015