# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Moore v. AJT Diabetic  Case Number: 1:19-CV-07707

An appearance is hereby filed by the undersigned as attorney for:

Defendant AJT Diabetic

Attorney name (type or print): Christopher Wager

Firm: Mac Murray & Shuster LLP

Street address: 6525 West Campus Oval, Suite 210

City/State/Zip: New Albany, Ohio 43054

Bar ID Number: 0084324, Ohio  Telephone Number: 614-939-9955
(See item 3 in instructions)

Email Address: cwager@mslawgroup.com

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ☒ |
| Are you acting as local counsel in this case? | ☐ | ☒ |
| Are you a member of the court's trial bar? | ☐ | ☒ |
| If this case reaches trial, will you act as the trial attorney? | ☒ | ☐ |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on July 1, 2020

Attorney signature:  S/ *Christopher Wager*
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015